TDW - CUM - 5/4/2010

State v. Alcantara, CR-09-5485 (Unified Criminal Docket – Cumberland)

Defendant John Alcantara has renewed his motion for post conviction bail.

Because of Alcantara's record, his multiple bail violation convictions, and his conviction for failure to report, the court – as it has stated – has not been able to find probable cause to believe that there is no substantial risk he would fail to appear as required, that there is no substantial risk that he would pose a danger to the community (by again operating under the influence), and that there is no substantial risk that he will commit new criminal conduct.[1]

However, the court had informed Alcantara's appellate counsel that it would reconsider the above issues if it determined that Alcantara had very strong arguments to present on appeal. However, Alcantara's renewed motion does not present arguments that are sufficient to cause the court to reconsider.

First, the court does not have the benefit of the suppression hearing record or the factual findings that the suppression judge apparently dictated into the record on December 3, 2009. See Decision and Order dated December 4, 2009 (Beaudoin, J.). However, the arguments presented by Alcantara in his renewed motion do not convince the court that Alcantara has a strong argument that he was in custody for Miranda purposes[2] when he made statements to the officer who was investigating the circumstances of the vehicle that had left the roadway.

Second, Alcantara argues that even though his trial counsel stipulated to Alcantara's two prior convictions at trial, there is a jurisdictional defect in the indictment because one of the two prior convictions in the indictment is described as a prior conviction for OUI on May 30, 2003 in docket number 02-305. The court's records indicate that Alcantara was indeed convicted of OUI on May 30, 2003 but that the docket number was 03-305.

The indictment alleged the requisite elements of the offenses – that Alcantara operated under the influence and while under revocation and that he had two prior convictions for OUI within the preceding 10 years. See 29-A M.R.S. § 2411(1-A)(B)(3) (elements of Class C OUI), § 2557-A(2)(C)(2) elements of Class C OAR). Where the fact of the conviction and its date have been correctly alleged, the docket number of the prior conviction is not an element of the offense and an incorrect docket number does not constitute a jurisdictional defect that would give Alcantara a strong argument on appeal given that he stipulated to the two prior convictions at trial.

Alcantara's remaining arguments relate to an alleged flaw in the notice informing him of his revocation as a habitual offender. First, even if there was a flaw in the address to which the notice was sent, the State could still have proved actual notice. This issue became moot once Alcantara stipulated to notice at trial. Second, Alcantara

---

[1] Alcantara's attitude at sentencing also weighed against the court's ability to make the necessary findings for post conviction bail.

[2] Specifically, that he was restrained to a degree associated with formal arrest. State v. Michaud, 1998 ME 251, ¶4, 724 A.2d 1222, 1226.

received concurrent sentences on the Class C OUI and the Class C HO so even a successful attack on the HO conviction would not change his sentence.[3]

Defendant's renewed motion for postconviction bail is not sufficient to cause the court to reconsider its earlier ruling.

Dated: May ___4___, 2010

_____
Thomas D. Warren
Justice, Superior Court

---

[3] In addition, Alcantara's arguments with respect to his Class C HO conviction refer to possible future proceedings for a new trial and/or postconviction relief. The court is not prepared to consider postconviction bail with respect to postconviction petitions or motions for a new trial that have not been filed.

STATE OF MAINE
  vs
JOHN M ALCANTARA                                    Docket No   CUMCD-CR-2009-05485
57 CONSTITUTION DRIVE
WESTBROOK ME 04092                                  **DOCKET RECORD**


DOB: 07/26/1976
Attorney: ROBERT LEVINE                        State's Attorney: STEPHANIE ANDERSON
          17 SOUTH STREET
          PORTLAND ME 04101
          APPOINTED 02/24/2010


## Charge(s)

1   OPERATING UNDER THE INFLUENCE-2 PRIORS      07/03/2009 FALMOUTH
Seq 11170 29-A  2411(1-A)(B)(2)        Class C
   COTE                  / CUM


2   AGGRAVATED OPERATING AFTER HO REVOCATION,  07/03/2009 FALMOUTH
    PRIORS
Seq 11192 29-A  2558                   Class C
   COTE                  / CUM


## Docket Events:

07/14/2009 FILING DOCUMENT -  CASH BAIL BOND FILED ON 07/07/2009


07/14/2009 Charge(s): 1,2
          HEARING -  ARRAIGNMENT SCHEDULED FOR 08/12/2009 @ 8:30 in Room No.  1


          NOTICE TO PARTIES/COUNSEL
07/14/2009 BAIL BOND - $500.00 CASH BAIL BOND FILED ON 07/07/2009


          Bail Receipt Type: CR
          Bail Amt:  $500
                                    Receipt Type: CK
          Date Bailed: 07/03/2009   Prvdr Name: JUDITH  ALCANTARA
                                    Rtrn Name: JUDITH  ALCANTARA
          $253.00 IS THIRD PARTY.  $247.00 IS DEFENDANTS        837
          BAIL DISBURSEMENT ON 03/15/2010
          Check No. 2425   Check Amount:  253.00
          Paid To: JUDITH  ALCANTARA
          FORWARDED TO BAIL PROVIDER


08/07/2009 Charge(s): 1,2
          SUPPLEMENTAL FILING -  COMPLAINT FILED ON 08/07/2009
          JAMES  TURCOTTE , ASSISTANT CLERK
08/11/2009 Party(s):  JOHN M ALCANTARA
          ATTORNEY -  RETAINED ENTERED ON 08/10/2009


          Attorney:  NEAL STILLMAN
08/12/2009 Charge(s): 1,2
          HEARING -  ARRAIGNMENT WAIVED ON 08/12/2009
          MARYGAY  KENNEDY , JUDGE
08/12/2009 Charge(s): 1,2

PLEA -  NOT GUILTY ENTERED BY COUNSEL ON 08/12/2009
MARYGAY  KENNEDY , JUDGE
08/12/2009 Charge(s): 1,2
HEARING -  DISPOSITIONAL CONFERENCE SCHEDULED FOR 11/03/2009 @ 9:30 in Room No.  7

08/12/2009 Charge(s): 1,2
TRIAL -  JURY TRIAL SCHEDULED FOR 12/07/2009 @ 8:30 in Room No.  11

NOTICE TO PARTIES/COUNSEL
08/12/2009 Charge(s): 1,2
TRIAL -  JURY TRIAL NOTICE SENT ON 08/12/2009

08/12/2009 Charge(s): 1,2
HEARING -  DISPOSITIONAL CONFERENCE NOTICE SENT ON 10/15/2009

10/07/2009 Charge(s): 1,2
SUPPLEMENTAL FILING -  INDICTMENT FILED ON 09/11/2009
JAMES  TURCOTTE , ASSISTANT CLERK
10/07/2009 Charge(s): 1,2
HEARING -  ARRAIGNMENT HELD ON 10/07/2009 @ 8:30 in Room No.  1
JOYCE A WHEELER , JUSTICE
DA:  ROBERT ELLIS
DEFENDANT INFORMED OF CHARGES.  21 DAYS TO FILE MOTIONS
10/07/2009 Charge(s): 1,2
PLEA -  NOT GUILTY ENTERED BY DEFENDANT ON 10/07/2009 @ 8:30 in Room No.  1
JOYCE A WHEELER , JUSTICE
DA:  ROBERT ELLIS
10/14/2009 NOTE -  OTHER CASE NOTE ENTERED ON 10/14/2009

ORIGINAL INDICTMENT ENTERED IN ERROR IN 09-7219. INDICTMENT IS NOW IN 09-5485.
JH
10/26/2009 MOTION -  MOTION TO REVOKE BAIL FILED BY STATE ON 10/26/2009

10/28/2009 MOTION -  MOTION TO REVOKE BAIL GRANTED ON 10/26/2009
THOMAS D WARREN , JUSTICE
COPY TO PARTIES/COUNSEL
10/28/2009 BAIL BOND - $500.00 CASH BAIL BOND SET BY COURT ON 10/26/2009
THOMAS D WARREN , JUSTICE
$500 CASH BAIL ($250 ALREADY POSTED) ADDITIONAL $250 FORFEITED
10/30/2009 BAIL BOND - $250.00 CASH BAIL BOND FILED ON 10/29/2009

Bail Receipt Type: CR
Bail Amt:  $250
                              Receipt Type: CK
Date Bailed: 10/26/2009    Prvdr Name: JOHN  ALCANTARA
                           Rtrn Name:
#636
10/30/2009 BAIL BOND -  CASH BAIL BOND COND RELEASE ISSUED ON 10/26/2009
THOMAS D WARREN , JUSTICE
10/30/2009 NOTE -  OTHER CASE NOTE ENTERED ON 10/30/2009

BOTH BAIL BONDS STAY IN EFFECT.
11/03/2009 Charge(s): 1,2

HEARING - DISPOSITIONAL CONFERENCE HELD ON 11/03/2009
JOYCE A WHEELER , JUSTICE
JURY SELECTION 12-7-09
11/05/2009 Charge(s): 1,2
MOTION - MOTION TO SUPPRESS FILED BY DEFENDANT ON 11/04/2009

11/05/2009 Charge(s): 1,2
HEARING - MOTION TO SUPPRESS SCHEDULED FOR 11/12/2009 @ 1:00 in Room No. 8

NOTICE TO PARTIES/COUNSEL
11/05/2009 Charge(s): 1,2
HEARING - MOTION TO SUPPRESS NOTICE SENT ON 11/05/2009

11/12/2009 Charge(s): 1,2
HEARING - MOTION TO SUPPRESS CONTINUED ON 11/12/2009
ROLAND BEAUDOIN , JUDGE
11/12/2009 MOTION - MOTION TO CONTINUE FILED BY STATE ON 11/12/2009

DA: ANGELA CANNON
11/12/2009 MOTION - MOTION TO CONTINUE GRANTED ON 11/12/2009
ROLAND BEAUDOIN , JUDGE
COPY TO PARTIES/COUNSEL
11/12/2009 HEARING - MOTION TO SUPPRESS SCHEDULED FOR 12/03/2009 @ 1:00 in Room No. 8

NOTICE TO PARTIES/COUNSEL
11/12/2009 HEARING - MOTION TO SUPPRESS NOTICE SENT ON 11/12/2009

JH
12/04/2009 HEARING - MOTION TO SUPPRESS HELD ON 12/03/2009
ROLAND BEAUDOIN , JUDGE
12/09/2009 Charge(s): 1,2
TRIAL - JURY TRIAL CONTINUED ON 12/08/2009
JOYCE A WHEELER , JUSTICE
Reporter: TIMOTHY THOMPSON
NOT ENOUGH JURORS.                                                      JH
12/09/2009 Charge(s): 1,2
TRIAL - JURY TRIAL SCHEDULED FOR 01/25/2010 @ 8:30 in Room No. 11

NOTICE TO PARTIES/COUNSEL
12/09/2009 Charge(s): 1,2
TRIAL - JURY TRIAL NOTICE SENT ON 12/09/2009

JH
01/26/2010 Charge(s): 1,2
TRIAL - JURY TRIAL SELECTED ON 01/25/2010 in Room No. 11
THOMAS D WARREN , JUSTICE
Attorney: NEAL STILLMAN
DA: ANGELA CANNON          Reporter: KATHLEEN CASEY
Defendant Present in Court

CASE CONTINUED TO 1/28/10.                                              JH
01/26/2010 Charge(s): 1,2
TRIAL - JURY TRIAL NOT HELD ON 01/25/2010

01/26/2010 OTHER FILING -  WITNESS LIST FILED BY STATE ON 01/25/2010

         DA:  ANGELA CANNON
         JH
01/26/2010 OTHER FILING -  WITNESS LIST FILED BY DEFENDANT ON 01/25/2010

         Attorney:  NEAL STILLMAN
         JH
01/26/2010 Charge(s): 1,2
         TRIAL -  JURY TRIAL SCHEDULED FOR 01/29/2010 @ 9:00 in Room No.  11
         PAUL E EGGERT , JUDGE
         NOTICE TO PARTIES/COUNSEL
01/29/2010 Charge(s): 1,2
         TRIAL -  JURY TRIAL HELD ON 01/29/2010
         THOMAS D WARREN , JUSTICE
         Attorney:  NEAL STILLMAN
         DA:  ANGELA CANNON          Reporter: KATHLEEN CASEY
         STIPULATIONS ON THE RECORD WITH OUT THE JURY. TRIAL BEGINS. JURY SWORN. INDICTMENT READ.
         STATE'S OPENING STATEMENTS MADE, DEFENDANT DEFERS RIGHT. STATE WITNESS HEARD. EXHIBIT 1
         MOA W/O OBJECTION. STATE RESTS. DEFENDANT'S MOTION FOR JUDGEMENT OF ACQUITTAL DENIED.
         DEFENENDANT'S OPENING STATEMENTS MADE. DEFENDANT'S WINESSES HEARD. DEFENSE RESTS. STATE
         RESTS FINALLY. RENEWED MOTION FOR JUDGMENT OF ACQUITAL DENIED. STATE CLOSINGS. DEFENDANTS
         CLOSINGS.JURY INSTRUCTED & CHARGED JRY RETIRES TO DELIBERAT
01/29/2010 Charge(s): 1,2
         VERDICT -  GUILTY RETURNED ON 01/29/2010

02/01/2010 BAIL BOND -  NO BAIL ALLOWED SET BY COURT ON 01/29/2010
         THOMAS D WARREN , JUSTICE
02/01/2010 BAIL BOND -  NO BAIL ALLOWED COND RELEASE ISSUED ON 01/29/2010

02/01/2010 Charge(s): 1,2
         FINDING -  GUILTY CONT FOR SENTENCING ON 01/29/2010
         THOMAS D WARREN , JUSTICE
02/04/2010 HEARING -  SENTENCE HEARING SCHEDULED FOR 02/12/2010 @ 2:30 in Room No.  7
         THOMAS D WARREN , JUSTICE
02/04/2010 HEARING -  SENTENCE HEARING NOTICE SENT ON 02/04/2010

02/04/2010 CASE STATUS -  CASE FILE LOCATION ON 02/04/2010

         MARIAHS SHELF
02/17/2010 CASE STATUS -  CASE FILE RETURNED ON 02/12/2010

02/17/2010 HEARING -  SENTENCE HEARING HELD ON 02/12/2010
         THOMAS D WARREN , JUSTICE
         Attorney:  NEAL STILLMAN
         DA:  ANGELA CANNON
         Defendant Present in Court

         TAPE #3654
02/17/2010 Charge(s): 1
         RULING -  ORIGINAL ORDERED ON 02/12/2010

It is adjudged that the defendant is guilty of 1 OPERATING UNDER THE INFLUENCE-2 PRIORS 29-A 2411(1-A)(B)(2) Class C as charged and convicted.

The defendant is sentenced to the DEPARTMENT OF CORRECTIONS for a term of 3 year(s) 9 month(s).

It is ordered that all but 1 year(s) 10 month(s) of the sentence as it relates to confinement be suspended.

It is ordered that the defendant be placed on a period of probation for a term of 2 year(s) upon conditions attached hereto and incorporated by reference herein.

Said Probation to commence after completion of the unsuspended term of imprisonment.

It is ordered that the defendant's motor vehicle operator's license or permit to operate, right to operate and right to apply for and obtain a license is suspended for a period of 6 year(s). The defendant's right to register a motor vehicle is suspended.
Charge #1: It is ordered that the defendant forfeit and pay the sum of $ 1,100.00 as a fine to the clerk of the court, plus applicable surcharges and assessments.

10% GOV'T OPERATION SURCHARGE FUND $ 110.00
$ 25 VICTIMS COMPENSATION FUND
100% GENERAL FUND $ 1100.00
$ 30 DEPARTMENT OF TRANSPORTATION FINES
1% COUNTY JAIL $ 11.00
5% GENERAL FUND ADDL 5% SURCHARGE $ 55.00
3% MAINE CRIMINAL JUSTICE ACADEMY 2006 $ 33.00
1% MSP COMPUTER CRIMES $ 11.00
**TOTAL DUE:$ 1,375.00.**

## Special Conditions of Probation:

1. refrain from all criminal conduct and violation of federal, state and local laws.
2. report to the probation officer immediately and thereafter as directed and within 48 hours of your release from jail.
3. answer all questions by your probation officer and permit the officer to visit you at your home or elsewhere.
4. obtain permission from your probation officer before changing your address or employment.
5. not leave the State of Maine without written permission of your probation officer.
6. maintain employment and devote yourself to an approved employment or education program.
7. not possess or use any unlawful drugs and not possess or use alcohol.
8. identify yourself as a probationer to any law enforcement officer if you are arrested, detained or questioned for any reason and notify your probation officer of that contact within 24 hours.
9. waive extradition back to the State of Maine from any other place.
10. not own, possess or use any firearm or dangerous weapon if you have ever been convicted of a crime in any jurisdiction with a potential penalty of one year or more or any crime involving domestic violence or the use of a firearm or dangerous weapon.

provide a DNA sample as required.

not own, possess or use any firearm or dangerous weapon.

submit to random search and testing for alcohol at the direction of a law enforcement officer.

submit to random search and testing for drugs at the direction of a law enforcement officer.
submit to random search and testing for firearms at the direction of a law enforcement officer.
submit to random search and testing for dangerous weapons at the direction of a law enforcement officer.

not operate or attempt to operate any motor vehicle.

not operate or attempt to operate any motor vehicle until properly licensed by the Secretary of State.

NOT TO OWN OR POSSESS ANY MOTOR VEHICLE KEYS. SUBMIT TO RANDOM SEARCHING AND TESTING FOR MOTOR VEHICLE KEYS.

02/17/2010 Charge(s): 2
RULING - ORIGINAL ORDERED ON 02/12/2010

It is adjudged that the defendant is guilty of 2 AGGRAVATED OPERATING AFTER HO REVOCATION, PRIORS 29-A 2558 Class C as charged and convicted.

The defendant is sentenced to the DEPARTMENT OF CORRECTIONS for a term of 3 year(s) 9 month(s).

It is ordered that all but 1 year(s) 10 month(s) of the sentence as it relates to confinement be suspended.

It is ordered that the defendant be placed on a period of probation for a term of 2 year(s) upon conditions attached hereto and incorporated by reference herein.

Said Probation to commence after completion of the unsuspended term of imprisonment.

It is ordered that the defendant's motor vehicle operator's license or permit to operate, right to operate and right to apply for and obtain a license is suspended for a period of 6 year(s). The defendant's right to register a motor vehicle is suspended.
Charge #2: It is ordered that the defendant forfeit and pay the sum of $ 1,000.00 as a fine to the clerk of the court, plus applicable surcharges and assessments.

10% GOV'T OPERATION SURCHARGE FUND $ 100.00
$ 25 VICTIMS COMPENSATION FUND
100% GENERAL FUND $ 1000.00
1% COUNTY JAIL $ 10.00
5% GENERAL FUND ADDL 5% SURCHARGE $ 50.00
3% MAINE CRIMINAL JUSTICE ACADEMY 2006 $ 30.00
1% MSP COMPUTER CRIMES $ 10.00
**TOTAL DUE:$ 1,225.00.**

## Special Conditions of Probation:
1. refrain from all criminal conduct and violation of federal, state and local laws.
2. report to the probation officer immediately and thereafter as directed and within 48 hours of your release from jail.
3. answer all questions by your probation officer and permit the officer to visit you at your home or elsewhere.
4. obtain permission from your probation officer before changing your address or employment.
5. not leave the State of Maine without written permission of your probation officer.

6.  maintain employment and devote yourself to an approved employment or education program.
7.  not possess or use any unlawful drugs and not possess or use alcohol.
8.  identify yourself as a probationer to any law enforcement officer if you are arrested, detained or questioned for any reason and notify your probation officer of that contact within 24 hours.
9.  waive extradition back to the State of Maine from any other place.
10. not own, possess or use any firearm or dangerous weapon if you have ever been convicted of a crime in any jurisdiction with a potential penalty of one year or more or any crime involving domestic violence or the use of a firearm or dangerous weapon.

provide a DNA sample as required.

not own, possess or use any firearm or dangerous weapon.

submit to random search and testing for alcohol at the direction of a law enforcement officer.
submit to random search and testing for drugs at the direction of a law enforcement officer.
submit to random search and testing for firearms at the direction of a law enforcement officer.
submit to random search and testing for dangerous weapons at the direction of a law enforcement officer.

not operate or attempt to operate any motor vehicle.

not operate or attempt to operate any motor vehicle until properly licensed by the Secretary of State.

NOT TO OWN OR POSSESS ANY MOTOR VEHICLE KEYS. SUBMIT TO RANDOM SEARCHING AND TESTING FOR MOTOR VEHICLE KEYS.

02/17/2010 Charge(s): 2
           RULING -  ORIGINAL ISSUED ON 02/12/2010

           DEFENDANT ACKNOWLEDGES RECEIPT
02/17/2010 OTHER FILING -   FINE PAYMENT SCHEDULE ORDERED ON 02/17/2010

           INSTALLMENT PYMTS:       0.00; WEEKLY:F; BI-WEEKLY:F; MONTHLY:F; BI-MONTHLY:F; PYMT
           BEGIN:      AT 0000; PYMT IN FULL:20131101 AT 0000; THRU PPO:F;   PYMT DUE AMT:
           2,499.65;     PMT DUE:20131101 AT 0000; OTHER:
02/18/2010 Charge(s): 1,2
           APPEAL -  NOTICE OF APPEAL FILED ON 02/12/2010

02/18/2010 Charge(s): 1,2
           APPEAL -  NOTICE OF APPEAL SENT TO REPORTER/ER ON 02/18/2010

           COPY SENT TO KATHLEEN CASEY, COURT REPORTER.                        JH
02/18/2010 Charge(s): 1,2
           APPEAL -  NOTICE OF APPEAL SENT TO LAW COURT ON 02/18/2010

           JH
02/18/2010 Charge(s): 1,2
           MOTION -  MOTION FOR APPOINTMENT OF CNSL FILED BY DEFENDANT ON 02/12/2010

           INDIGENCY AFFIDAVIT.                                       JH
02/18/2010 Charge(s): 1,2

MOTION - MOTION TO PREPARE TRANSCRIPT FILED BY DEFENDANT ON 02/12/2010

Attorney: NEAL STILLMAN
02/18/2010 Charge(s): 1,2
ABSTRACT - BMV ISSUED ON 02/18/2010

JH
02/19/2010 Charge(s): 1,2
APPEAL - RECORD ON APPEAL DUE IN LAW COURT ON 03/05/2010

02/19/2010 OTHER FILING - OTHER DOCUMENT FILED ON 02/19/2010

NOTICE FOR RECORD FROM THE LAW COURT. LAW COURT #10-89                JH
02/19/2010 CASE STATUS - CASE FILE LOCATION ON 02/18/2010

CASE WITH JUSTICE WARREN.                                             JH
02/24/2010 CASE STATUS - CASE FILE RETURNED ON 02/24/2010

02/24/2010 Charge(s): 1,2
MOTION - MOTION TO PREPARE TRANSCRIPT GRANTED ON 02/24/2010
THOMAS D WARREN , JUSTICE
COPY SENT TO KATHLEEN CASEY, COURT REPORTER.
02/24/2010 Party(s): JOHN M ALCANTARA
ATTORNEY - APPOINTED ORDERED ON 02/24/2010

Attorney: ROBERT LEVINE
02/24/2010 Charge(s): 1,2
MOTION - MOTION FOR APPOINTMENT OF CNSL GRANTED ON 02/24/2010
THOMAS D WARREN , JUSTICE
COPIES TO PARTIES/COUNSEL
02/24/2010 Charge(s): 1,2
APPEAL - RECORD ON APPEAL SENT TO LAW COURT ON 02/24/2010

LAW COURT #10-89.                                                     JH
03/31/2010 BAIL BOND - CASH BAIL BOND BAIL RELEASED ON 03/31/2010
LISA  MAHAN , ASSOCIATE CLERK
Date Bailed: 07/03/2009
$253.00 IS THIRD PARTY.  $247.00 IS DEFENDANTS          837
BAIL DISBURSEMENT ON 03/15/2010
Check No. 2425   Check Amount:  253.00
Paid To: JUDITH  ALCANTARA
FORWARDED TO BAIL PROVIDER

03/31/2010 BAIL BOND - CASH BAIL BOND BAIL RELEASED ON 03/31/2010
LISA  MAHAN , ASSOCIATE CLERK
Date Bailed: 10/26/2009
#636
03/31/2010 BAIL BOND - CASH BAIL BOND RELEASE ACKNOWLEDGED ON 03/31/2010

Date Bailed: 07/03/2009
$253.00 IS THIRD PARTY.  $247.00 IS DEFENDANTS          837
BAIL DISBURSEMENT ON 03/15/2010
Check No. 2425   Check Amount: 253.00

       Paid To: JUDITH  ALCANTARA
       FORWARDED TO BAIL PROVIDER


03/31/2010 BAIL BOND -  CASH BAIL BOND RELEASE ACKNOWLEDGED ON 03/31/2010


       Date Bailed: 10/26/2009
       #636
04/01/2010 MOTION -  MOTION TO AMEND BAIL FILED BY DEFENDANT ON 03/25/2010


04/02/2010 MOTION -  OTHER MOTION FILED BY DEFENDANT ON 03/25/2010


       MOTION TO SET POST CONVICTION BAIL
04/02/2010 WRIT -  HABEAS CORPUS TO PROSECUTE ISSUED ON 04/09/2010 @ 8:30 in Room No.  8


       CERTIFIED COPY TO SHERIFF DEPT.
04/02/2010 HEARING -  BAIL HEARING SCHEDULED FOR 04/09/2010 @ 10:30 in Room No.  8
       THOMAS D WARREN , JUSTICE
       NOTICE TO PARTIES/COUNSEL
                                  TIME CHANGED DUE TO CONFLICT IN
       TIME WITH THE ATTY
04/02/2010 HEARING -  BAIL HEARING NOTICE SENT ON 04/02/2010


04/08/2010 LETTER -  FROM PARTY FILED ON 04/07/2010


       COPY OF LETTER FROM ATTY TO DEFENDANT RE: WRIT
04/09/2010 HEARING -  BAIL HEARING HELD ON 04/09/2010
       THOMAS D WARREN , JUSTICE
       Attorney:  ROBERT LEVINE
       DA:  ANGELA CANNON
       TAPE 1763
04/09/2010 MOTION -  MOTION TO AMEND BAIL DENIED ON 04/09/2010
       THOMAS D WARREN , JUSTICE
       COPIES TO PARTIES/COUNSEL
04/09/2010 MOTION -  OTHER MOTION DENIED ON 04/09/2010
       THOMAS D WARREN , JUSTICE
       MOTION TO SET POST CONVICTION BAIL
04/30/2010 MOTION -  OTHER MOTION FILED BY DEFENDANT ON 04/28/2010


       RENEWED MOTION TO SET POST CONVICTION BAIL
05/07/2010 MOTION -  OTHER MOTION DENIED ON 05/04/2010
       THOMAS D WARREN , JUSTICE
       RENEWED MOTION TO SET POST CONVICTION BAIL
05/07/2010 ORDER -  COURT ORDER ENTERED ON 05/04/2010
       THOMAS D WARREN , JUSTICE
       RENEWED MOTION FOR POST CONVICTION BAIL


## Receipts

| Date | Description | Amount | | |
|------|-------------|--------|------|------|
| 04/15/2010 | Case Payment | $15.00 | CK | paid. |
| 04/28/2010 | Case Payment | $85.35 | CK | paid. |

## FINE PAYMENT SCHEDULE

Execution/payment stayed to pay in full by 11/01/2013 or warrant to issue.

A TRUE COPY
ATTEST: _____
Clerk

Printed on: 05/07/2010